IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

BERNARD PETERSON,            )
                             )
    Plaintiff,               )
                             )
v.                           )    CV 106-198
                             )
RICHMOND COUNTY SHERIFF'S    )
OFFICE, et al.,              )
                             )
    Defendants.              )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case shall be **CLOSED**.

SO ORDERED this ___ day of March, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE